Entered on Docket
March 14, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 11, 2005

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re ATG, Inc., et al<br><br>　　　　　Debtors.<br>_____<br><br>Carnelian Investments, LLC, Alice Wong,<br>Kazuko Toshima, and Joeng Haw Yang,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United Commercial Bank, Sanwa Bank<br>California, United California Bank, Bank<br>of the West, Union Bank and Does 1-25,<br>inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No.　　01-46389<br>　　　　　　　01-43161<br>　　　　　　　01-43163<br>　　　　　　　01-43164<br>Chapter 7<br>Jointly Administered<br><br>Adv. No. 04-4387 AN |

### ORDER OF REMAND

The above-captioned adversary proceeding is before the Court pursuant to a *Notice of Removal* of an action from the Superior Court of Alameda County, California, case number HG04-182413 (herein, the "Superior Court Action"), and a subsequently filed *Motion to Remand*. In accordance with the record established at a hearing held on March 9, 2005, pursuant to 28 U.S.C. §1452(b), this Court hereby remands the Superior Court Action forthwith to the Superior Court of Alameda County, California.

**IT IS SO ORDERED.**

**\*\* END OF ORDER\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

3  Campeau Goodsell Smith, LLC
    Scott Goodsell, Esq.
4   38 West Santa Clara Street
    San Jose, CA 95113
5
    Reed Smith, LLP
6   Michael McCabe, Esq.
    Two Embarcadero Center, Suite 2000
7   San Francisco, CA 94111

8   Pillsbury Winthrop, LLP
    M. Davis Minnick, Esq.
9   50 Fremont Street
    Post Office Box 7880
10  San Francisco, CA 94120

11  Sheppard, Mullin Richter & Hampton, LLP
    James L. McGinnis, Esq.
12  Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
13
    Office of the United States Trustee
14  1301 Clay Street, Suite 690N
    Oakland, CA 94612
15
    Mark R. Jacobs, Esq.
16  Law Offices of Jacobs Partners
    383 Main Ave.
17  Norwalk, CT 06851

18

19

20

21

22

23

24

25

26

27

28